**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00557-LTB-KMT

PHOEBE C. MAEZ,

    Plaintiff,

v.

JUNIPER PARK LIMITED PARTNERSHIP,

    Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion to Amend Title VII Complaint and Jury Demand (Doc 13 -filed September 12, 2008) is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1(A)

Dated: September 17, 2008
_____