**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-00557-LTB-KMT

PHOEBE C. MAEZ,

       Plaintiff,

v.

JUNIPER PARK LIMITED PARTNERSHIP,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     Plaintiff's Motion to Reconsider Plaintiff's Motion to Amend Title VII Complaint and Jury Demand (Doc 16 -filed September 19, 2008) is **GRANTED**.

     Defendant has **up to and including October 2, 2008** to respond to Plaintiff's Motion to Amend Title VII Complaint (Doc 13 - filed September 12, 2008).




Dated:   September 22, 2008
_____