# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00557-LTB-KMT

PHOEBE C. MAEZ,

    Plaintiff,

v.

JUNIPER PARK LIMITED PARTNERSHIP, a Delaware corporation,
D/B/A JUNIPER VILLAGE, THE SPEARLY CENTER and SPEARLY CARE CENTER,

    Defendants.
_____

# MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


    No response being filed by Defendant, Plaintiff's Plaintiff's Motion to Amend Title VII Complaint (Doc 13 - filed September 12, 2008) is GRANTED and the Amended Complaint is accepted for filing.



Dated: October 24, 2008
_____