**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00557-LTB-KMT

PHOEBE C. MAEZ,

    Plaintiff,

v.

JUNIPER PARK LIMITED PARTNERSHIP, a Delaware corporation d/b/a JUNIPER VILLAGE,
THE SPEARLY CENTER and
SPEARLY CARE CENTER,

    Defendants.

---

**ORDER OF DISMISSAL**

---

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 20 - filed November 21, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                      BY THE COURT:

                      s/Lewis T. Babcock
                      Lewis T. Babcock, Judge

DATED:   November 24, 2008